# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| Alexia N. Willie<br>*Plaintiff(s)*<br><br>v.<br><br>USA<br>*Defendant(s)* | Case Number:  23-cr-40049-JPG |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of Court

| Place: | U. S. Courthouse<br>301 West Main<br>Benton, IL  62812 | Courtroom No.: | Courtroom 2 |
|---|---|---|---|
| Before: | Judge J. Phil Gilbert | Date and Time: | February 20, 2025<br>at 10:00am |

This offense is briefly described as follows:
Hearing on Request for Modification of the Condition or Term of Supervision

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 302 West Main, Benton, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date:    February 4, 2025

*Deputy Clerk*

*Issuing officer's signature*

MONICA A. STUMP, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*